IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

CitiMortgage, Inc.,                                    Case No. 3:07cv1572

         Plaintiff

    v.                                               ORDER

Susan A. Rose,

         Defendant

       This is a foreclosure case in which the defendant failed to appear.

       Pending is an Report and Recommendation by the Hon. Vernelis K. Armstrong, United States Magistrate Judge in which she recommends that judgment by default be entered in favor of the plaintiff and against the defendant.

       No objection has been filed to the Magistrate Judge's Report and Recommendation. I have reviewed the Report and Recommendation *de novo*.

       In view of the default by the defendant, and for the reasons expressed in the Report and Recommendation, which are hereby adopted and incorporated herein, it is hereby

       ORDERED THAT the Report and Recommendation of the United States Magistrate Judge be, and the same hereby is adopted as the Order of the undersigned.

       So ordered.

                                                               s/James G. Carr
                                                              James G. Carr
                                                              Chief Judge